DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>JASON NAVARRO )<br>)<br>Defendant. )<br>_____) | Criminal Action No. 2013/0022<br><br>Charges:[1] |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count Three of the Information—IDENTITY THEFT—is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

**SO ORDERED.**

Date: June 23, 2015

_____
WILMA A. LEWIS
Chief Judge

---

[1] Re Entry of Removed Alien; Count Two - False Use of Entry Documents; Count Three - Identity Theft; Count Four - Aggravated Identity Theft; Count Five - Social Security Fraud; Count Six - False Statement; Count Seven - False Claim to U.S. Citizenship.